

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2015

No. 04-15-00291-CR

The **STATE** of Texas,
Appellant

v.

Richard Michael **DONOHOO**,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 453259
The Honorable Celeste Brown, Judge Presiding

## O R D E R

Judge Celeste Brown's motion for extension of time to file findings of fact and conclusions of law is granted. We order the findings of fact and conclusions of law due January 18, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court